**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**TINA SORGE,**

    **Plaintiff,**

**v.**

**CAVALRY PORTFOLIO SERVICES, LLC, a**
**Delaware Limited Liability Company,**
**CAVALRY SPVI, LLC, a Delaware Limited**
**Liability Company, and LAW OFFICE of**
**KEITH S. SHINDLER, LTD., d/b/a The**
**Shindler Law Firm, an Illinois corporation,**

    **Defendants.**                          **No. 11-cv-297-DRH**

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for case management purposes, in particular to remind defendants Cavalry Portfolio Services, LLC, Cavalry SPVI, LLC, and Law Office of Keith S. Shindler, Ltd. of their obligation to comply with the requirements of Federal Rule of Civil Procedure 7.1 by filing a corporate disclosure statement. Thus, the Court ORDERS defendants Cavalry Portfolio Services, LLC, Cavalry SPVI, LLC, and Law Office of Keith S. Shindler, Ltd. to file their disclosure

statement within ten (10) days from the date of issuance of this Order.

**IT IS SO ORDERED**.

Signed this 10th day of May, 2011.

David R. Herndon
2011.05.10
06:02:56 -05'00'

**Chief Judge**
**United States District Court**