IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TINA SORGE,

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC, a
Delaware Limited Liability Company,
CAVALRY SPV I, LLC, a Delaware Limited
Liability Company, and LAW OFFICE of
KEITH S. SHINDLER, LTD., d/b/a The
Shindler Law Firm, an Illinois corporation,

    Defendants.                                    No. 11-cv-297-DRH

## ORDER

**HERNDON, Chief Judge:**

    Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 40). The Court hereby acknowledges the stipulation and finds that all of plaintiff's claims plead in the complaint against defendants are dismissed with prejudice, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

    Signed this 30th day of July, 2012.

Digitally signed by David R. Herndon
Date: 2012.07.30 14:54:59 -05'00'

**Chief Judge**
**United States District Court**