IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TINA SORGE,

    Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC, a Delaware Limited Liability Company, CAVALRY SPV I, LLC, a Delaware Limited Liability Company, and LAW OFFICE of KEITH S. SHINDLER, LTD., d/b/a The Shindler Law Firm, an Illinois corporation,

    Defendants.                  No. 11-cv-297-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Joint Stipulation filed in this case by the parties on July 26, 2012, and the Order entered by this Court on July 30, 2012, this case is **DISMISSED** with prejudice. Each party shall bear their own costs and fees.

                  NANCY J. ROSENSTENGEL,
                  CLERK OF COURT

                  BY:    /s/*Sandy Pannier*
                          Deputy Clerk

Dated: July 30, 2012

Digitally signed by David R. Herndon
Date: 2012.07.30 14:56:25 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT